IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RUBEN ESCANO,**

    Plaintiff,

v.                                                                                          No. 22-cv-0421 SMV

**JOHN DOE,**

    Defendant.

### ORDER REGARDING COMMUNICATIONS WITH THE COURT AND DENYING REQUEST FOR STATUS CONFERENCE

    THIS MATTER is before the Court on an email sent by pro se Plaintiff to the undersigned's chambers on June 16, 2022.  Plaintiff's email is attached as an exhibit to this Order.  Plaintiff requests a status conference because he is concerned about "the imminent destruction of evidence," and he would like address his Motions for discovery and to end the § 1915 review [Docs. 3, 8].  Those motions have been denied.  No status conference is warranted.

### Communications with the Court

    The Court notifies Plaintiff that if he seeks relief from the Court or otherwise wishes to communicate with the Court, he must file a motion or other appropriate paper with the Clerk of Court or through the CM/ECF electronic filing system.  Plaintiff may not send such communications to the undersigned's Chambers.

    Parties may not file documents by sending them to a judge or to his chambers; documents to be filed must be electronically through the CM/ECF electronic filing system or delivered to the Clerk of Court by United States mail or in person.  Any documents sent to the directly undersigned or his chambers for filing in this case will not be filed.

> Unless otherwise directed, all communication to the court should be addressed to the Clerk of Court, United States District Court, District of New Mexico, using the address for the division [Albuquerque, Las Cruces or Santa Fe] where the subject case has been assigned.

Guide for Pro Se Litigants at 5 (providing the Albuquerque, Las Cruces and Santa Fe addresses).[1]

> The Court also notifies Plaintiff of the following regarding communications with the Court:
>
> Attorneys and *pro se* parties are prohibited from all *ex parte* communication with the judge or judge's staff. *Ex parte* communication occurs when one of the parties to a lawsuit exchanges information with the assigned judge (1) without the opposing party being present, or (2) without the knowledge and consent of the opposing party.
>
> Any communication between the assigned judge and a *pro se* litigant should be in writing, and a copy of the communication should be sent to the opposing party or, if represented, to that party's attorney. The letter to the judge should indicate that a copy has been sent to the opposing party. Telephone or personal contact with the judge's staff should be limited to specific scheduling inquiries.

Guide for Pro Se Litigants at 11–12.

The Court notifies Plaintiff that if he ignores Court Orders or improperly communicates with the Court *ex parte*, the Court may impose filing restrictions and other sanctions to deter such improper behavior.

**IT IS THEREFORE ORDERED** that Plaintiff's request for a status conference be **DENIED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] New Mexico's Guide for Pro Se Litigants and other information can be obtained on the Court's website at https://www.nmd.uscourts.gov/filing-information.